IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SHAYLYNN DEROCHE,<br>Individually and as Wrongful<br>Death Beneficiary and as<br>Survivor of Wendy Caspolich | PLAINTIFF |
| v. | CAUSE NO. 1:18cv215-LG-RPM |
| HANCOCK COUNTY,<br>MISSISSIPPI, et al. | DEFENDANTS |

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 20th day of August, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge